# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BOBBY LEE LAMERE,<br><br>Defendant. | CR 17-82-GF-BMM<br><br><br><br>FINAL ORDER OF FORFEITURE |

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture. Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. §§ 492 and 924(d), and Rule 32.2, Federal Rules of Criminal Procedure.

2. A Preliminary Order of Forfeiture was entered on February 7, 2018. (Doc. 23).

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 29-1).

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. §§ 492 and 924(d), and Rule 32.2, Federal Rules of Criminal Procedure.

1

IT IS ORDERED:

THAT the Motion for Final Order of Forfeiture is GRANTED;

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. §§ 492 and 924(d), and Rule 32.2, Federal Rules of Criminal Procedure, free from the claims of any other party:.

- Hi-Point, model C9, 9 mm Luger caliber, semi-automatic pistol (serial number P1537094); and

- Canon model Pixma MX452 printer (serial number LUYB43142).

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 16th day of April 2018.

_____
Brian Morris
United States District Court Judge