IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-17-82-GF-BMM |
| Plaintiff, | **ORDER** |
| vs. | |
| BOBBY LEE LAMERE, | |
| Defendants. | |

**IT IS HEREBY ORDERED** that the Defendant, Bobby Lee Lamere, (Lamere) is subject to Radio Frequency (RF) Monitoring until November 18, 2021. Lamere must pay part or all of the costs of this monitoring as directed by his probation officer. Lamere is also restricted to his residence at all times except for employment; education; religious services; medical; substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved in writing by his probation officer.

DATED this 19th day of August, 2021.

_____
Brian Morris
United States District Court Judge